AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

SEALED

SEALED  2016 FEB 10 A II:

United States of America
v.

Vicki Borden

*Defendant*

Case No. 3:16cr20

## ARREST WARRANT     SEALED

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VICKI BORDEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count One:    Conspiracy to commit Mail Fraud and Wire Fraud: 18 U.S.C. § 1349

Date: 02/04/2016

*Issuing officer's signature*

City and state:  Knoxville, Tennessee

A. Brush, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 2/9/16, and the person was arrested on *(date)* 2/9/16
at *(city and state)* KNOXVILLE, TN.

Date: 2/9/16

*Arresting officer's signature*

RICHARD NELSON, SPECIAL AGENT, IRS-CI
*Printed name and title*

FID # 9997557

1674-0204-1012-J

Case 3:16-cr-00020-ART-HBG   Document 17   Filed 02/10/16   Page 1 of 1   PageID #: 113